DANIEL J. BRODERICK, #89424
Acting Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JAIME ERNESTO SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:06-cr-00005 AWI |
| Plaintiff, ) | STIPULATION CONTINUING MOTIONS SCHEDULE AND HEARING; AND ORDER THEREON |
| v. ) | |
| JAIME ERNESTO SANCHEZ, ) | Date: July 17, 2006 |
| Defendant. ) | Time: 9:00 A.M. |
| ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new motions schedule be set as follows: defendant's motions shall be filed on or before June 19, 2006, government responses to be filed on or before July 3, 2006, replies to be filed on or before July 10, 2006, **and the hearing on motions now set for May 15, 2006, may be continued to July 17, 2006, at 9:00 A.M.**

This motion is requested by counsel for defendant to allow time to view discovery, continue investigation, and to prepare any appropriate motions.

///
///
///
///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                      McGREGOR W. SCOTT
                                      United States Attorney

DATED: May 12, 2006                   By  /s/ Dawrence W. Rice, Jr.
                                              DAWRENCE W. RICE, JR.
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

                                      DANIEL J. BRODERICK
                                      Acting Federal Public Defender

DATED: May 12, 2006                   By  /s/ Victor M. Chavez
                                              VICTOR M. CHAVEZ
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              JAIME ERNESTO SANCHEZ

**O R D E R**

**IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   May 12, 2006**                        **/s/ Anthony W. Ishii**
0m8i78                                          UNITED STATES DISTRICT JUDGE