DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JAIME ERNESTO SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:06-cr-00005 AWI |
|---|---|
| Plaintiff, | ) STIPULATION CONTINUING STATUS |
| | ) CONFERENCE HEARING; AND ORDER |
| v. | ) THEREON |
| JAIME ERNESTO SANCHEZ, | ) Date: October 30, 2006 |
| | ) Time: 9:00 A.M. |
| Defendant. | ) Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the status conference hearing in the above-referenced matter now set for October 10, 2006, may be continued to October 30, 2006, at 9:00 A.M.**

This motion is requested by counsel for defendant to allow the defendant and counsel time to consider the government's plea offer prior to hearing.

///
///
///
///
///
///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: October 5, 2006            By  /s/  Dawrence W. Rice, Jr.
                                     DAWRENCE W. RICE, JR.
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Public Defender

DATED: October 5, 2006            By   /s/ Victor M. Chavez
                                     VICTOR M. CHAVEZ
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     JAIME ERNESTO SANCHEZ

**O R D E R**

**IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:    October 6, 2006**              /s/ Anthony W. Ishii
0m8i78                                     UNITED STATES DISTRICT JUDGE

Stipulation Continuing Status Conference
Hearing; and [Proposed] Order Thereon

2