DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JAIME ERNESTO SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | NO. 1:06-cr-00005 AWI |
| Plaintiff,  ) | STIPULATION CONTINUING STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v.  ) | |
| JAIME ERNESTO SANCHEZ,  ) | Date: November 27, 2006 |
| Defendant.  ) | Time: 9:00 A.M. |
| | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the status conference hearing in the above-referenced matter now set for November 13, 2006, may be continued to November 27, 2006, at 9:00 A.M.**

This motion is requested by counsel for defendant to allow additional time for plea negotiations.

///
///
///
///
///
///
///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

        McGREGOR W. SCOTT
        United States Attorney

DATED: November 8, 2006    By /s/ Dawrence W. Rice, Jr.
        DAWRENCE W. RICE, JR.
        Assistant U.S. Attorney
        Attorney for Plaintiff

        DANIEL J. BRODERICK
        Federal Public Defender

DATED: November 8, 2006    By  /s/ Victor M. Chavez
        VICTOR M. CHAVEZ
        Assistant Federal Defender
        Attorney for Defendant
        JAIME ERNESTO SANCHEZ

## O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   November 13, 2006**      /s/ **Anthony W. Ishii**
0m8i78        UNITED STATES DISTRICT JUDGE