DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JAIME ERNESTO SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:06-cr-00005 AWI |
| Plaintiff, ) | STIPULATION CONTINUING STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. ) | |
| JAIME ERNESTO SANCHEZ, ) | Date: December 18, 2006 |
| Defendant. ) | Time: 9:00 A.M. |
| ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the status conference hearing in the above-referenced matter now set for November 27, 2006, may be continued to December 18, 2006, at 9:00 A.M.**

This motion is requested by counsel for defendant to allow additional time for plea negotiations.

///
///
///
///
///
///
///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: November 21, 2006           By /s/ Dawrence W. Rice, Jr.
                                   DAWRENCE W. RICE, JR.
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff


                                   DANIEL J. BRODERICK
                                   Federal Public Defender

DATED: November 21, 2006           By  /s/ Victor M. Chavez
                                   VICTOR M. CHAVEZ
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   JAIME ERNESTO SANCHEZ


**O R D E R**

**IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).


IT IS SO ORDERED.

**Dated:    November 22, 2006**                /s/ Anthony W. Ishii
0m8i78                              UNITED STATES DISTRICT JUDGE

Stipulation Continuing Status Conference
Hearing; and [Proposed] Order Thereon

2